# EXHIBIT "C"

A·S·K FINANCIAL LLP
Joseph L. Steinfeld, Jr., Esq.
*(Admitted Pro Hac Vice)*
John T. Siegler, Esq.
Karen M. Scheibe, , Esq.
*(Admitted Pro Hac Vice)*
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Telephone:** (651) 406-9665 ext. 845 **Fax:** (651) 406-9676
**e-mail:** jsteinfeld@askfinancial.com

Edward E. Neiger, Esq.
111 John Street, Suite 800
New York, New York 10038
**Telephone:** (212) 267-7342 **Fax:** (212) 918-3427
**e-mail:** eneiger@askfinancial.com

Attorneys For Plaintiff, Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Quebecor World (USA), Inc., et al.[1],<br><br>Debtors. | Bk. No. 08-10152-JMP<br>(Jointly Administered)<br><br>Chapter 11<br><br>Honorable James M. Peck |
| Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust,<br><br>Plaintiff,<br>vs.<br><br>[DEFENDANT'S NAME],<br><br>Defendant(s). | Adv. No. 10-_____ (JMP) |

## NOTICE

PLEASE TAKE NOTICE that you are a defendant in a lawsuit brought by Eugene I. Davis,

as Litigation Trustee for the Quebecor World Litigation Trust (the "Plaintiff"), in connection with

the above-captioned Chapter 11 case (the "Avoidance Action").

PLEASE TAKE FURTHER NOTICE that, on _____, 2010, the Court

entered an order approving certain procedures and mediation, attached to this notice as Exhibit "A"

---

[1]The Debtors are the following entities: Quebecor World (USA) Inc., Quebecor Printing Holding Company, Quebecor World Capital Corporation, Quebecor World Capital II GP, Quebecor World Capital II LLC, WCZ, LLC, Quebecor World Lease GP, Quebecor World Lease LLC, QW Memphis Corp., The Webb Company, Quebecor World Printing (USA) Corp., Quebecor World Loveland Inc., Quebecor World Systems Inc., Quebecor World San Jose Inc., Quebecor World Buffalo Inc., Quebecor World Johnson & Hardin Co., Quebecor World Northeast Graphics Inc., Quebecor World UP Graphics Inc., Quebecor World Great Western Publishing Inc., Quebecor World DB Acquisition Corp., WCP-D, INC., Quebecor World Taconic Holdings Inc., Quebecor World Retail Printing Corporation, Quebecor World Arcata Corp., Quebecor World Nevada Inc., Quebecor World Atglen Inc., Quebecor World Krueger Acquisition Corp., Quebecor World Book Services LLC, Quebecor World Dubuque Inc., Quebecor World Pendell Inc., Quebecor World Fairfield Inc., QW New York Corp., Quebecor World Dallas II Inc., Quebecor World Nevada II LLC, Quebecor World Dallas, L.P., Quebecor World Mt. Morris II LLC, Quebecor World Petty Printing Inc., Quebecor World Hazleton Inc., Quebecor World Olive Branch Inc., Quebecor World Dittler Brothers Inc., Quebecor World Atlanta II LLC, Quebecor World RAI Inc., Quebecor World KRI Inc., Quebecor World Century Graphics Corporation, Quebecor World Waukee Inc., Quebecor World Logistics Inc., Quebecor World Mid-South Press Corporation, Quebecor Printing Aviation Inc., Quebecor World Eusey Press Inc., Quebecor World Infiniti Graphics Inc., Quebecor World Magna Graphic Inc., Quebecor World Lincoln Inc, and Quebecor World Memphis LLC.

(the "Procedures Order"), applicable to actions brought by Plaintiff pursuant to sections 502, 547, 548, 549 and 550 of title 11 of the United States Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection (the "Objection") is filed with the Court and served on A·S·K FINANCIAL, LLP, 2600 Eagan Woods Drive, Suite 400, St. Paul, MN 55121, Attn: Karen M. Scheibe, Esq., so as to be received no later than 15 days from the date hereof, there will not be a hearing and the Procedures Order will apply to the Avoidance Action.

**PLEASE TAKE FURTHER NOTICE** that if an Objection is timely filed and served, a hearing on the Objection will be held before the Honorable James M. Peck, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, NY 10004-1408 on the next scheduled Avoidance Actions Omnibus Hearing, which is at least 10 days following the date such Objection is filed with the Court and served on counsel to Plaintiff.

Dated: _____, 2010

ASK FINANCIAL LLP

By      _/s/  Joseph L. Steinfeld_____
Joseph L. Steinfeld, Jr., Esq. (*Admitted Pro Hac Vice*),
John T. Siegler, Esq.
Karen M. Scheibe, Esq. (*Admitted Pro Hac Vice*),
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Telephone:** (651) 406-9665  **Fax:** (651) 406-9676
**e-mail:** jsteinfeld@askfinancial.com

Edward E. Neiger, Esq.
111 John Street, Suite 800
New York, New York 10038
**Telephone:** (212) 267-7342    **Fax:** (212) 918-3427
**e-mail:** eneiger@askfinancial.com

Attorneys For Plaintiff, Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust