# EXHIBIT "E"

A·S·K FINANCIAL LLP
Joseph L. Steinfeld, Jr., Esq.
(*Admitted Pro Hac Vice*)
John T. Siegler, Esq.
Karen M. Scheibe, , Esq.
(*Admitted Pro Hac Vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665 ext. 845 Fax: (651) 406-9676
e-mail: jsteinfeld@askfinancial.com

Edward E. Neiger, Esq.
111 John Street, Suite 800
New York, New York 10038
Telephone: (212) 267-7342 Fax: (212) 918-3427
e-mail: eneiger@askfinancial.com

Attorneys For Plaintiff, Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Quebecor World (USA), Inc., et al.,[1]<br><br>Debtors. | Bk. No. 08-10152-JMP<br>(Jointly Administered)<br><br>Chapter 11<br><br>Honorable James M. Peck |
| Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>[DEFENDANT'S NAME],<br><br>Defendant(s). | Adv. No. 10-_____ (JMP) |

**INFORMATION FORM NOTICE**

**PLEASE TAKE NOTICE** that you are a defendant in a lawsuit brought by Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust (the "Plaintiff"), in connection with the above-captioned Chapter 11 case (the "Avoidance Action").

---

[1] The Debtors are the following entities: Quebecor World (USA) Inc., Quebecor Printing Holding Company, Quebecor World Capital Corporation, Quebecor World Capital II GP, Quebecor World Capital II LLC, WCZ, LLC, Quebecor World Lease GP, Quebecor World Lease LLC, QW Memphis Corp., The Webb Company, Quebecor World Printing (USA) Corp., Quebecor World Loveland Inc., Quebecor World Systems Inc., Quebecor World San Jose Inc., Quebecor World Buffalo Inc., Quebecor World Johnson & Hardin Co., Quebecor World Northeast Graphics Inc., Quebecor World UP Graphics Inc., Quebecor World Great Western Publishing Inc., Quebecor World DB Acquisition Corp., WCP-D, INC., Quebecor World Taconic Holdings Inc., Quebecor World Retail Printing Corporation, Quebecor World Arcata Corp., Quebecor World Nevada Inc., Quebecor World Atglen Inc., Quebecor World Krueger Acquisition Corp., Quebecor World Book Services LLC, Quebecor World Dubuque Inc., Quebecor World Pendell Inc., Quebecor World Fairfield Inc., QW New York Corp., Quebecor World Dallas II Inc., Quebecor World Nevada II LLC, Quebecor World Dallas, L.P., Quebecor World Mt. Morris II LLC, Quebecor World Petty Printing Inc., Quebecor World Hazleton Inc., Quebecor World Olive Branch Inc., Quebecor World Dittler Brothers Inc., Quebecor World Atlanta II LLC, Quebecor World RAI Inc., Quebecor World KRI Inc., Quebecor World Century Graphics Corporation, Quebecor World Waukee Inc., Quebecor World Logistics Inc., Quebecor World Mid-South Press Corporation, Quebecor Printing Aviation Inc., Quebecor World Eusey Press Inc., Quebecor World Infiniti Graphics Inc., Quebecor World Magna Graphic Inc., Quebecor World Lincoln Inc, and Quebecor World Memphis LLC.

**PLEASE TAKE FURTHER NOTICE** that you must fill out the attached Information Form in print or in type (in any case, such that the information is legible), with valid contact information, including a name, address, phone number, facsimile number (if available), and an e-mail address for you or the party designated by you to be contacted in connection with the Avoidance Action (the "Designated Notice Party").

**PLEASE TAKE FURTHER NOTICE** that the Information Form <u>must</u> be returned to Plaintiff's Counsel, Karen M. Scheibe, Esq. of A·S·K FINANCIAL, LLP, 2600 Eagan Woods Drive, Suite 400, St. Paul, MN 55121 within 30 days after an answer to Plaintiff's complaint is filed in the Avoidance Action.

**PLEASE TAKE FURTHER NOTICE** that <u>only the party who is identified as the Designated Notice Party, and whose information is included, in the Information Form will receive notice of pleadings, conferences, and other information in connection with the Avoidance Action</u>.

**PLEASE TAKE FURTHER NOTICE** that any questions relating to the Information Form should be directed to Karen M. Scheibe, Esq. or her paralegal, Laurie N. Porten, of A·S·K FINANCIAL, LLP, 2600 Eagan Woods Drive, Suite 400, St. Paul, MN 55121, (651) 406-9665.

Dated: _____, 2010

ASK FINANCIAL LLP

By  /s/ *Joseph L. Steinfeld*
Joseph L. Steinfeld, Jr., Esq. (*Admitted Pro Hac Vice*),
John T. Siegler, Esq.
Karen M. Scheibe, Esq. (*Admitted Pro Hac Vice*),
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Telephone:** (651) 406-9665  **Fax:** (651) 406-9676
**e-mail:** jsteinfeld@askfinancial.com

Edward E. Neiger, Esq.
111 John Street, Suite 800
New York, New York 10038
**Telephone:** (212) 267-7342  **Fax:** (212) 918-3427
**e-mail:** eneiger@askfinancial.com

Attorneys For Plaintiff, Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust

# EUGENE I. DAVIS, AS LITIGATION TRUSTEE FOR THE QUEBECOR WORLD LITIGATION TRUST

## AVOIDANCE ACTION INFORMATION FORM

NAME OF DEFENDANT: _____

NAME OF DESIGNATED NOTICE PARTY: _____

ADDRESS OF DESIGNATED NOTICE PARTY: _____

_____

_____

City     State     Zip Code

TELEPHONE NUMBER OF DESIGNATED NOTICE PARTY: (___) _____

FAX NUMBER OF DESIGNATED NOTICE PARTY: (___) _____

EMAIL ADDRESS OF DESIGNATED NOTICE PARTY: (___) _____

☐ PLEASE CHECK THIS BOX IF DESIGNATED NOTICE PARTY DOES NOT HAVE AN EMAIL ADDRESS

_____
Signature of Defendant

Please return this Information Form in the enclosed, self-addressed, postage pre-paid envelope to:

A·S·K FINANCIAL, LLP
ATTN: Karen M. Scheibe, Esq,
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121